UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                  Case No: 1:11-cr-79

v                                                   HON. JANET T. NEFF

JAMES JAMAR WILSON,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on April 29, 2011 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 17) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count Two of the Indictment.

3. The written plea agreement is hereby continued under advisement pending sentencing.


Dated: May 16, 2011                    /s/Janet T. Neff
                                         JANET T. NEFF
                                         UNITED STATES DISTRICT JUDGE